[No. 69648-3-I.   Division One.   April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MELINA K. HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-10690-6, LeRoy McCullough, J., entered December 7, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Schindler, JJ.

[No. 69735-8-I.   Division One.   April 28, 2014.]

MARYSVILLE TAPING COMPANY, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-2-03620-9, Eric Z. Lucas, J., entered December 5, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Schindler and Lau, JJ.

[No. 69738-2-I.   Division One.   April 28, 2014.]

JULIE WARE, *Appellant*, v. JESSE VERNON NELSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-35260-7, Hollis R. Hill, J., entered November 26, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Schindler, JJ.

[No. 69747-1-I.   Division One.   April 28, 2014.]

*In the Matter of the Marriage of* VINH QUOC DANG, *Respondent*, and ANH-THU THI VU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-3-07572-2, John P. Erlick, J., entered November 30, 2012. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Dwyer and Leach, JJ.